# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Lynn Marie Starr, | ) | Case No. 4:13-cr-160 |
| Defendant. | ) | |

Defendant made her initial appearance on a petition for revocation of supervised release on March 1, 2017. The court subsequently appointed AFPD Ryan Costello to represent defendant on this matter.

On March 7, 2017, attorney Mark Beauchene filed a "Notice of Substitution of Counsel" advising that he had been retained by defendant. Accordingly, Mr. Beauchene shall be substituted as counsel of record. AFPD Ryan Costello is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court